# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 7, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139056 & (33)

ANTRIM COUNTY, RHONDA LEE
O'CONNELL, CHERYL DARRAH,
ROBERT MASSEY, JR., and FRIENDS
OF THE JORDAN RIVER,
          Plaintiffs-Appellees,

v

BEELAND GROUP, L.L.C.,
          Defendant-Appellant.

SC: 139056
COA: 290803
Antrim CC: 08-008424-CE

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 4, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 7, 2009

                              Clerk

0630